**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 14-25303
 §
MARCELINO ARZATE §
 §
 §
 §
       Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 09/22/2015, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/24/2015          By: /s/ David P. Leibowitz
                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-25303 |
| | § | |
| MARCELINO ARZATE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $12,196.32
*and approved disbursements of*  $39.75
*leaving a balance on hand of[1]:*  $12,156.57

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $12,156.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,969.63 | $0.00 | $1,969.63 |
| David P. Leibowitz, Trustee Expenses | $5.76 | $0.00 | $5.76 |
| Lakelaw, Attorney for Trustee Fees | $2,592.50 | $0.00 | $2,592.50 |
| Lakelaw, Attorney for Trustee Expenses | $166.95 | $0.00 | $166.95 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

Total to be paid for chapter 7 administrative expenses:  $5,084.84
Remaining balance:  $7,071.73

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|   | Remaining balance: | $7,071.73 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $7,071.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,439.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $2,677.29 | $0.00 | $1,026.77 |
| 2 | American InfoSource LP as agent for | $321.79 | $0.00 | $123.41 |
| 3 | American InfoSource LP as agent for | $572.72 | $0.00 | $219.64 |
| 4 | Jefferson Capital Systems LLC | $659.68 | $0.00 | $252.99 |
| 5 | Capital One Bank (USA), N.A. | $13,395.83 | $0.00 | $5,137.44 |
| 6 | Synchrony Bank | $812.18 | $0.00 | $311.48 |

|   | Total to be paid to timely general unsecured claims: | $7,071.73 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-25303-ERW
Marcelino Arzate                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan            Page 1 of 2             Date Rcvd: Aug 25, 2015
                              Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2015.
db             +Marcelino Arzate,   3425 W. Lemoyne Street,   Chicago, IL 60651-2341
23245421        American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                Los Angeles, CA 90051-5478
22143336        Blatt, Hasenmiller, Leibsker & Moor,   125 South Wacker Drive, Suite 400,
                Chicago, IL 60606-4440
22143337       +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
23265707        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
22143338       +Cook County Magistrate,   50 W. Washington St.,   Chicago, IL 60602-1305
22143339       +DSNB/Macys,   P.O. Box 8218,   Mason, OH 45040-8218
22143345        FMS Inc.,   PO Box 707600,   Tulsa, OK 74170-7600
22143346      #+FMS Inc.,   PO Box 707601,   Tulsa, OK 74170-7601
22143340       +First National Collection Bureau,   610 Waltham Way,   Sparks, NV 89434-6695
22143341       +First National Credit CA,   500 E 60th St N,   Sioux Falls, SD 57104-0478
22143343       +First Premier Bank,   601 S. Minnesota Ave,   Sioux Falls, SD 57104-4868
22143342       +First Premier Bank,   3820 N. Louise Ave,   Sioux Falls, SD 57107-0145
22143344       +First Savings Credit Car,   500 E 60th St N,   Sioux Falls, SD 57104-0478
22143347       +Freedman Anselmo Lindberg & Rappe,   1771 West Diehl Road, Suite 150,
                Naperville, IL 60563-4947
22143353       +Ginnys Inc,   1112 7th Ave Pob 2816,   Monroe, WI 53566-8016
22143357        Medstar Laboratory, Inc,   4531 W Harrison Street,   Hillside, IL 60162-1614
22143361       +SMEMC Hospitalists,   PO Box 366,   Hinsdale, IL 60522-0366
22143362       +Swiss Colony/Montogomery,   1112 7th Ave,   Monroe, WI 53566-1364
22143363        Total Finance, L.L.C.,   2917 West Irving Park Road,   Chicago, IL 60618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23158069        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 26 2015 01:50:48
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK 73126-8941
22143350        E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2015 01:39:47     GECRB/PayPal Dual Card,
                PO Box 965005,   Orlando, FL 32896-5005
22143351        E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2015 01:40:05     GEMB/Amazon PLCC,   PO Box 965015,
                Orlando, FL 32896-5015
22143352       +E-mail/Text: fhbankruptcy@bluestembrands.com Aug 26 2015 01:45:00     Gettington,
                6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
22143354       +E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 26 2015 01:42:47     Green Tree,   POB 6172,
                Rapid City, SD 57709-6172
23264108        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 26 2015 01:44:03     Jefferson Capital Systems LLC,
                Purchased From Fingerhut,   Po Box 7999,   Saint Cloud Mn 56302-9617,
                Orig By: Gettington.Com
22143355        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 26 2015 01:44:03     Jefferson Capital Systems, LLC,
                16 McLeland Road,   Saint Cloud, MN 56303
22143356       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 26 2015 01:42:28     Kohls Department Store,
                P.O.Box 3115,   Milwaukee, WI 53201-3115
22143358       +E-mail/Text: fhbankruptcy@bluestembrands.com Aug 26 2015 01:45:00     Metabank/Fingerhut,
                6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
22143359        E-mail/Text: bankruptcydpt@mcmcg.com Aug 26 2015 01:43:18     Midland Credit Management, Inc.,
                P.O. Box 60578,   Los Angeles, CA 90060-0578
22143360       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 26 2015 01:43:18     Midland Funding,
                8875 Aero Dr. STE 200,   San Diego, CA 92123-2255
23273166        E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2015 01:40:05     Synchrony Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
22143364       +E-mail/Text: fhbankruptcy@bluestembrands.com Aug 26 2015 01:45:00     WEBBANK/ FINGERHUT,
                6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22143349        GECRB/ Walmart,   PO Box 965024,   CA 92896
22143348*      +Freedman Anselmo Lindberg & Rappe,   1771 West Diehl Road, Suite 150,
                Naperville, IL 60563-4947
22263383      ##Firsel Law Group,   PO Box 1599,   Lombard, IL 60148-8599
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: esullivan              Page 2 of 2                  Date Rcvd: Aug 25, 2015
                              Form ID: pdf006              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff David P. Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              John A Rottier    on behalf of Debtor Marcelino  Arzate jrottier@katzlawchicago.com,
               iavalos@katzlawchicago.com
              John A Rottier    on behalf of Defendant Felicita  Arzate jrottier@katzlawchicago.com,
               iavalos@katzlawchicago.com
              John A Rottier    on behalf of Defendant Julian  Arzate jrottier@katzlawchicago.com,
               iavalos@katzlawchicago.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```