**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-25303 |
| | § | |
| MARCELINO ARZATE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,175.00 | Assets Exempt: | $13,470.00 |
| Total Distributions to Claimants: | $7,071.73 | Claims Discharged Without Payment: | $26,474.19 |
| Total Expenses of Administration: | $5,124.59 | | |

3) Total gross receipts of $12,196.32 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,196.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $58,192.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,124.59 | $5,124.59 | $5,474.59 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $32,597.72 | $18,439.49 | $18,439.49 | $7,071.73 |
| **Total Disbursements** | $90,789.72 | $23,564.08 | $23,564.08 | $12,546.32 |

4). This case was originally filed under chapter 7 on 07/09/2014. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2015        By:  /s/ David P. Leibowitz
                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| property commonly known as 3425 W Lemoyne Chicago, IL 60651 co-owned with parents Julian Arzate and Felicita Arroyo - CM | 1110-000 | $12,196.32 |
| **TOTAL GROSS RECEIPTS** | | **$12,196.32** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree | 4110-000 | $45,916.00 | $0.00 | $0.00 | $0.00 |
| | Total Finance, L.L.C. | 4110-000 | $12,276.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$58,192.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,969.63 | $1,969.63 | $1,969.63 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.76 | $5.76 | $5.76 |
| Green Bank | 2600-000 | NA | $39.75 | $39.75 | $39.75 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $700.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,592.50 | $2,592.50 | $2,592.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $166.95 | $166.95 | $166.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$5,124.59** | **$5,124.59** | **$5,474.59** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | $2,677.29 | $2,677.29 | $2,677.29 | $1,026.77 |
| 2 | American InfoSource LP as agent for | 7100-000 | $312.00 | $321.79 | $321.79 | $123.41 |
| 3 | American InfoSource LP as agent for | 7100-000 | $0.00 | $572.72 | $572.72 | $219.64 |
| 4 | Jefferson Capital Systems LLC | 7100-900 | $659.00 | $659.68 | $659.68 | $252.99 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $13,031.00 | $13,395.83 | $13,395.83 | $5,137.44 |
| 6 | Synchrony Bank | 7100-900 | $812.00 | $812.18 | $812.18 | $311.48 |
|  | Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | $2,677.29 | $0.00 | $0.00 | $0.00 |
|  | Cook County Magistrate | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | DSNB/Macys | 7100-000 | $294.00 | $0.00 | $0.00 | $0.00 |
|  | First National Collection Bureau | 7100-000 | $572.00 | $0.00 | $0.00 | $0.00 |
|  | First National Credit CA | 7100-000 | $420.00 | $0.00 | $0.00 | $0.00 |
|  | First Premier Bank | 7100-000 | $924.00 | $0.00 | $0.00 | $0.00 |
|  | First Premier Bank | 7100-000 | $823.00 | $0.00 | $0.00 | $0.00 |
|  | First Savings Credit Car | 7100-000 | $502.00 | $0.00 | $0.00 | $0.00 |
|  | FMS Inc. | 7100-000 | $822.61 | $0.00 | $0.00 | $0.00 |
|  | FMS Inc. | 7100-000 | $293.73 | $0.00 | $0.00 | $0.00 |
|  | Freedman Anselmo Lindberg & Rappe | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Freedman Anselmo Lindberg & Rappe | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | GECRB/PayPal Dual Card | 7100-000 | $2,677.00 | $0.00 | $0.00 | $0.00 |
|  | GEMB/Amazon PLCC | 7100-000 | $501.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Gettington | 7100-000 | $659.00 | $0.00 | $0.00 | $0.00 |
| Ginnys Inc | 7100-000 | $439.00 | $0.00 | $0.00 | $0.00 |
| Kohls Department Store | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medstar Laboratory, Inc | 7100-000 | $55.00 | $0.00 | $0.00 | $0.00 |
| Metabank/Fingerhut | 7100-000 | $237.00 | $0.00 | $0.00 | $0.00 |
| Midland Funding | 7100-000 | $2,677.00 | $0.00 | $0.00 | $0.00 |
| SMEMC Hospitalists | 7100-000 | $110.80 | $0.00 | $0.00 | $0.00 |
| Swiss Colony/Montogomery | 7100-000 | $185.00 | $0.00 | $0.00 | $0.00 |
| WEBBANK/ FINGERHUT | 7100-000 | $237.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $32,597.72 | $18,439.49 | $18,439.49 | $7,071.73 |

FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 14-25303-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ARZATE, MARCELINO | Date Filed (f) or Converted (c): | 07/09/2014 (f) |
| For the Period Ending: | 11/30/2015 | §341(a) Meeting Date: | 08/26/2014 |
| | | Claims Bar Date: | 05/11/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | property commonly known as 3425 W Lemoyne Chicago, IL 60651 co-owned with parents Julian Arzate and Felicita Arroyo - CMA | $85,000.00 | $29,084.00 | | $12,196.32 | FA |
| 2 | Checking account held by PNC bank | $2,000.00 | $0.00 | | $0.00 | FA |
| 3 | Savings account held by PNC bank | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous household goods | $170.00 | $0.00 | | $0.00 | FA |
| 5 | Wearing apparel | $300.00 | $0.00 | | $0.00 | FA |
| 6 | 2006 Pontiac Torrent with 119,001 miles - Per Kbb.com | $6,175.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $94,645.00 | $29,084.00 | | $12,196.32 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/30/2015 | TFR to be prepared |
| 04/10/2015 | Debtor's proposed to buy back equity in real property and will tender for payments at $3,049.08 over four months. |
| 01/12/2015 | Complaint filed under 363(H) against Julian Arzate and Felicita Arzate |
| 12/15/2014 | Ordered title search. |
| 10/23/2014 | Initial Value $100k |
| 10/16/2014 | DA amended Schedule C to correct exemptions.  Listing property |
| 10/10/2014 | Received amended Schedule C exempting property.  Will list property commonly known as: 3425 W Lemoyne Chicago, IL 60651. |
| 09/18/2014 | 3425 W Le Moyne Chicago, IL is valued at $85,000.00.<br><br>The property is also co-owned with Debtor's parents Julian and Felicita Arroyo.<br><br>The current principal balance is $46,307.00.  Debtor's half interest is approximately $19k.<br><br>Meeting continued to 9/29/14 for documents.  Documents attached.<br><br>Asset case.  Motion to employ to be filed. |
| 09/02/2014 | Sent request for CMA, title deed and current statement.  Once received and reviewed will get employ. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/11/2016 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 07/20/2015 | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 14-25303-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ARZATE, MARCELINO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5178 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/9/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/05/2015 | (1) | Marcelino Arzate | Non-Exempt equity in Real Property | 1110-000 | $3,049.08 | | $3,049.08 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $4.12 | $3,044.96 |
| 04/07/2015 | (1) | Marcelino Arzate | Non Exempt equity in real property | 1110-000 | $3,049.08 | | $6,094.04 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $8.40 | $6,085.64 |
| 05/07/2015 | (1) | Marcelino Arzate | Non-exempt equity in Real Property | 1110-000 | $3,049.08 | | $9,134.72 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.99 | $9,121.73 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.24 | $9,107.49 |
| 07/01/2015 | (1) | Marceline Arzate | Non Exempt equity in real property | 1110-000 | $3,049.08 | | $12,156.57 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.45 | $12,137.12 |
| 08/03/2015 | | Green Bank | reverse bank fee | 2600-000 | | ($19.45) | $12,156.57 |
| 09/22/2015 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: 7; Amount Claimed: 350.00; Amount Allowed: 350.00; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $11,806.57 |
| 09/22/2015 | 3002 | Lakelaw | Claim #: ; Amount Claimed: 166.95; Amount Allowed: 166.95; Distribution Dividend: 100.00; | 3120-000 | | $166.95 | $11,639.62 |
| 09/22/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 2,592.50; Amount Allowed: 2,592.50; Distribution Dividend: 100.00; | 3110-000 | | $2,592.50 | $9,047.12 |
| 09/22/2015 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,969.63 | $7,077.49 |
| 09/22/2015 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.76 | $7,071.73 |
| 09/22/2015 | 3006 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: 2,677.29; Amount Allowed: 2,677.29; Distribution Dividend: 38.35; | 7100-000 | | $1,026.77 | $6,044.96 |
| 09/22/2015 | 3007 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: 321.79; Amount Allowed: 321.79; Distribution Dividend: 38.35; | 7100-000 | | $123.41 | $5,921.55 |
| 09/22/2015 | 3008 | American InfoSource LP as agent for | Claim #: 3; Amount Claimed: 572.72; Amount Allowed: 572.72; Distribution Dividend: 38.35; | 7100-000 | | $219.64 | $5,701.91 |
| 09/22/2015 | 3009 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: 13,395.83; Amount Allowed: 13,395.83; Distribution Dividend: 38.35; | 7100-000 | | $5,137.44 | $564.47 |
| 09/22/2015 | 3010 | Jefferson Capital Systems LLC | Claim #: 4; Amount Claimed: 659.68; Amount Allowed: 659.68; Distribution Dividend: 38.35; | 7100-900 | | $252.99 | $311.48 |
| 09/22/2015 | 3011 | Synchrony Bank | Claim #: 6; Amount Claimed: 812.18; Amount Allowed: 812.18; Distribution Dividend: 38.35; | 7100-900 | | $311.48 | $0.00 |
| 09/23/2015 | | Office of the Clerk United States Bankruptcy Court | Check 3001 voided twice in error. This entry is reversing the second void. | 2700-000 | | $350.00 | ($350.00) |
| 09/23/2015 | 3001 | VOID: Office of the Clerk United States Bankruptcy | | 2700-003 | | ($350.00) | $0.00 |

**SUBTOTALS**  $12,196.32  $12,196.32

| Case No. | 14-25303-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ARZATE, MARCELINO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5178 | | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/9/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/23/2015 | 3001 | VOID: Office of the Clerk United States Bankruptcy | | 2700-003 | | ($350.00) | $350.00 |
| 09/23/2015 | 3012 | Office of the Clerk United States Bankruptcy Court | Claim #: 7; Amount Claimed: 350.00; Amount Allowed: 350.00; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $0.00 |
| 09/23/2015 | 3012 | VOID: Office of the Clerk United States Bankruptcy | Reissued check twice in error. Voided 3012. Check never printed. | 2700-003 | | ($350.00) | $350.00 |
| 09/23/2015 | 3013 | Office of the Clerk United States Bankruptcy Court | Claim #: 7; Amount Claimed: 350.00; Amount Allowed: 350.00; Distribution Dividend: 100.00; | 2700-000 | | $350.00 | $0.00 |
| | | | **TOTALS:** | | $12,196.32 | $12,196.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $12,196.32 | $12,196.32 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $12,196.32 | $12,196.32 | |

| For the period of 7/9/2014 to 11/30/2015 | | For the entire history of the account between 03/05/2015 to 11/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,196.32 | Total Compensable Receipts: | $12,196.32 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,196.32 | Total Comp/Non Comp Receipts: | $12,196.32 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,196.32 | Total Compensable Disbursements: | $12,196.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,196.32 | Total Comp/Non Comp Disbursements: | $12,196.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 3

Exhibit 9

Case 14-25303  Doc 48  Filed 12/16/15  Entered 12/16/15 11:01:32  Desc Main
Document  Page 9 of 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-25303-DLT | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | ARZATE, MARCELINO | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5178 | | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/9/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $12,196.32 | $12,196.32 | $0.00 |

| **For the period of 7/9/2014 to 11/30/2015** | | **For the entire history of the case between 07/09/2014 to 11/30/2015** | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $12,196.32 | Total Compensable Receipts: | $12,196.32 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,196.32 | Total Comp/Non Comp Receipts: | $12,196.32 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,196.32 | Total Compensable Disbursements: | $12,196.32 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,196.32 | Total Comp/Non Comp Disbursements: | $12,196.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ